UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ARCHAMBAULT,<br><br>Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant | Civil Action No. 05-11762-NG |

## ASSENTED TO MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant, Liberty Life Assurance Company of Boston, respectfully requests, and with the assent of the Plaintiff, that it be granted a brief extension of time to answer or otherwise respond to Plaintiff's Complaint, up to and including Friday, October 21, 2005. As grounds for this motion, Defendant states that additional time is needed to review the documents in this case and investigate Plaintiff's claims brought under the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. §1001 et seq., in order to adequately answer or otherwise respond to the Complaint.

On behalf of Defendant, the undersigned counsel has conferred with Richard Latimer, counsel for Plaintiff, who has given his assent on behalf of Plaintiff.

WHEREFORE, Defendant respectfully requests that it be granted an extension of time, up to and including October 21, 2005, to answer or otherwise respond to the Complaint.

                        Respectfully submitted,

                        LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,
                        By its attorneys,

                        /s/ Richard W. Paterniti
                        Andrew C. Pickett, BBO# 549872
                        Richard W. Paterniti, BBO#645170
                        Jackson Lewis LLP
                        75 Park Plaza
                        Boston, MA 02116

Dated: September 16, 2005       (617) 367-0025

ASSENTED TO AND AGREED TO BY:   /s/ Richard K. Latimer (RWP)
                                                Richard K. Latimer, BBO#287840
                                                Kistin Babitsky Latimer & Beitman
                                                Box 590, 13 Falmouth Heights Road
                                                Falmouth, MA  02541
                                                (508) 540-1606