# United States District Court

EASTERN **DISTRICT OF** MASSACHUSETTS

JOSEPH ARCHAMBAULT,
    Plaintiff

v.

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON,
    Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11762 NG

TO: (Name and address of defendant)

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
175 BERKELEY STREET
BOSTON, MA 02117

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard K. Latimer
Box 590
Falmouth, MA 02541

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON
CLERK

(BY) DEPUTY CLERK

DATE: AUG 25 2005

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

(1)

September 8, 2005
I hereby certify and return that on 9/1/2005 at 3:10PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Bruce Buttaro,Legal,agent at the time of service for Liberty Life Assurance Company of Boston, 175 Berkeley Street, Boston, MA 02116. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff Daniel Murray

Deputy Sheriff

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________ Date ____________ Signature of Server

____________ Address of Server