UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

JOSEPH ARCHAMBAULT,            )
                    Plaintiff  )
                               )
VS.                            )          CIVIL ACTION
                               )          NO. 05-11762 NG
LIBERTY LIFE ASSURANCE         )
COMPANY OF BOSTON,             )
                    Defendant  )

## NOTICE OF ADDRESS CHANGE

Plaintiff's Attorney, Richard K. Latimer, gives notice that his office address has changed and is now as follows:

Richard K. Latimer
22 Main Street, Rm. 205
Falmouth, MA 02540
Tel. (508) 548-7006

Dated: November 7, 2005

For the Plaintiff

Richard K. Latimer, BBO #287840
222 Main Street, Rm.205
Falmouth, MA 02540
(508) 540-7006

## CERTIFICATE OF SERVICE

I, Richard K. Latimer, certify that I have served a copy of the foregoing Notice of Address Change upon Defendant's Attorney, Richard W. Paterniti, Esq., Jackson Lewis, LLP, 75 Park Plaza, Boston, MA 02116, by first class mail, postage prepaid, on this 7th day of November, 2005.

Richard K. Latimer