UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ARCHAMBAULT,<br><br>    Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>    Defendant | Civil Action No. 05-11762-NG |

### NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for the Defendant, Liberty Life Assurance Company of Boston in the above-captioned matter.

        Respectfully submitted,

        LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

        By their attorneys,

        /s/ Guy P. Tully
        Andrew C. Pickett, BBO# 549872
        Richard W. Paterniti, BBO#645170
        Guy P. Tully, BBO #555625
        Jackson Lewis LLP
        75 Park Plaza
        Boston, MA 02116

January 18, 2006        (617) 367-0025

### CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2006, a copy of the foregoing was served by electronic mail on Plaintiff's counsel.

        /s/ Guy P. Tully
        Jackson Lewis LLP