UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH ARCHAMBAULT,

        Plaintiff

v.

LIBERTY LIFE ASSURANCE COMPANY
OF BOSTON

        Defendant

Civil Action No. 05-11762-NG

## ASSENTED-TO MOTION TO ENLARGE BY THREE (3) DAYS THE DATES BY WHICH DISPOSITIVE MOTIONS AND RESPONSES/OPPOSITIONS MUST BE FILED

Defendant Liberty Life Assurance Company of Boston moves, with Plaintiff's assent, to enlarge by three (3) days the dates by which dispositive motions and responses thereto must be filed, to and including August 18, 2006 (dispositive motions) and September 1, 2006 (responses to dispositive motions). As grounds for this motion, Defendant states that the additional time is necessary to complete its dispositive motion and to factor in existing vacation and travel commitments.

### Certification of Compliance With Local Rule 7.1(a)(2)

Counsel for Defendant certifies that he contacted Plaintiff's counsel to seek his assent to this request. As set forth below, Plaintiff's counsel assents to this motion. Due to the nature of this motion, a supporting memorandum of law is not necessary.

WHEREFORE, Defendant moves, with the assent of Plaintiff's counsel, to enlarge by three (3) days the dates by which dispositive motions and responses thereto must be filed, to and including August 18, 2006 (dispositive motions) and September 1, 2006 (responses to dispositive motions).

Respectfully submitted,

LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON


    /s/ Guy P. Tully
Guy P. Tully, BBO#555625
Richard W. Paterniti, BBO #645170
Jackson Lewis, LLP
75 Park Plaza
Boston, MA  02116
(617) 367-0025

ASSENTED-TO:

JOSEPH ARCHAMBAULT

By his Attorney,


  /s/ Richard K. Latimer
Richard K. Latimer, BBO #287840
222 Main Street, Room 205
Falmouth, MA  02540
(508) 548-7006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2006, a copy of the foregoing was served by electronic mail and through the ECF system on Plaintiff's counsel.

/s/ Guy P. Tully
Jackson Lewis LLP