UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ARCHAMBAULT,<br><br>Plaintiff<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON<br><br>Defendant | Civil Action No. 05-11762-NG |

### NOTICE OF WITHDRAWAL OF RICHARD PATERNITI, ESQ. AS COUNSEL FOR DEFENDANT

Please withdraw my appearance as counsel for the Defendant, Liberty Life Assurance Company of Boston ("Liberty Life") in the above-captioned matter. Andrew Pickett, Esq., Guy Tully, Esq., and Jackson Lewis LLP will continue to represent Liberty Life in this matter.

Respectfully submitted,

/s/ Richard W. Paterniti
Richard W. Paterniti, BBO#645170
Jackson Lewis LLP
75 Park Plaza
Boston, MA 02116
(617) 367-0025

December 21, 2006

### CERTIFICATE OF SERVICE

This is to certify that on December 21, 2006, a copy of the foregoing document was electronically filed with the United States District Court for the District of Massachusetts through its Electronic Case Filing system.

/s/ Richard W. Paterniti
Jackson Lewis LLP