UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
JOSEPH ARCHAMBAULT,            )
     Plaintiff,                )
                               )
     v.                        )    C.A. No. 05-11762-NG
                               )
LIBERTY LIFE ASSURANCE         )
COMPANY OF BOSTON,             )
     Defendant.                )
_____)
```
GERTNER, D.J.:

### JUDGMENT

For the reasons set forth in the accompanying Memorandum and Order, Plaintiff's Motion for Summary Judgment (**document #15**) is hereby **DENIED**, and Defendant's Motion for Summary Judgment (**document #18**) is hereby **GRANTED**.

**JUDGMENT ENTERED FOR THE DEFENDANT.**

**SO ORDERED.**

**Date: March 30, 2007**           */s/Nancy Gertner*
                                    **NANCY GERTNER, U.S.D.C.**