UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH ARCHAMBAULT,       )<br>             Plaintiff    )<br>             )<br>VS.                                   )<br>             )<br>LIBERTY LIFE ASSURANCE   )<br>COMPANY OF BOSTON,       )<br>             Defendant   ) | CIVIL ACTION NO. 05-11762-NG |

**NOTICE OF APPEAL**

    Pursuant to F. R. A. P., Rule 3(a), the Plaintiff Joseph Archambault gives Notice of Appeal to the United States Court of Appeals for the First Circuit, from the judgment of the District Court for the Defendant in the above-captioned matter, dated March 30, 2007, denying Plaintiff's Motion for Summary Judgment and granting the Defendant's Motion for Summary Judgment.

Dated: April 24, 2007

                                              For the Plaintiff, Joseph Archambault
                                              By his Attorney

                                              /s/ *Richard K. Latimer*
                                              Richard K. Latimer, BBO #287840
                                              222 Main Street, Room 205
                                              Falmouth, MA  02540
                                              (508) 548-7006