**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 07-1737

JOSEPH ARCHAMBAULT,

Plaintiff - Appellant,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

Defendant - Appellee.

---

**JUDGMENT**
Entered: July 30, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

By the Court:
Richard Cushing Donovan, Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/30/07

By: ERIC H. DEININGER
Appeals Attorney

[cc: Richard Latimer, Esq., Guy Tully, Esq.]